# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Public Citizen | ) |
| *Plaintiff* | ) |
| | ) |
| v. | ) |
| Federal Bureau of Investigation | ) |
| | ) |
| *Defendant* | ) |

Civil Action No. 26-1952

## SUMMONS IN A CIVIL ACTION

To:      *(Defendant's name and address)*

Todd Blanche
Acting Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

William H. Gomberg
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



ANGELA D. CAESAR, CLERK OF COURT

Date:   6/3/2026

/s/ Grace Kern

*Signature of Clerk or Deputy Clerk*

FOIA Summons (1/13) (Page 2)

Civil Action No.  26-1952

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Todd Blanche, Acting Attorney General of the United States

was received by me on *(date)*    6/3/2026                    .

❒ I personally served the summons on the individual at *(place)* _____

_____    on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____    on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*
On June 3, 2026, I caused the summons and complaint to be served by certified mail. The attached confirmation from the U.S. Postal Service indicates delivery was made on June 10, 2026.                    .

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:  6/24/2026 _____          /s/ William H Gomberg _____
                                                                            *Server's signature*

                                                    William H Gomberg _____
                                                                            *Printed name and title*

                                                    Public Citizen Litigation Group
                                                    1600 20th Street NW
                                                    Washington, DC 20009 _____
                                                                            *Server's address*

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 70172620000078164605

Copy            **Add to Informed Delivery**

## Latest Update

Your item was picked up at the post office at 4:34 am on June 10, 2026 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

Feedback

## Delivered

**Delivered, Individual Picked Up at Post Office**

WASHINGTON, DC 20530
June 10, 2026 4:34 AM

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

See Less ⌃

Track Another Package

| Enter tracking or barcode numbers |
|---|

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs