UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PUBLIC CITIZEN,

   *Plaintiff*,

 v.

FEDERAL BUREAU OF INVESTIGATION,

   *Defendant*.

Civil Action No. 26-1952 (AHA)

## NOTICE OF APPEARANCE

   The Clerk of the Court will please enter the appearance of Assistant United States Attorney

David S. Bettwy as counsel for Defendant in the above-captioned case.

Dated:  June 29, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:   */s/ David S. Bettwy*
   DAVID S. BETTWY, D.C. Bar #155148
   Assistant United States Attorney
   601 D Street, NW
   Washington, DC 20530
   (202) 252-2410
   David.Bettwy@usdoj.gov

   *Attorneys for the United States of America*