UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PUBLIC CITIZEN,

*Plaintiff*,

v.

FEDERAL BUREAU OF INVESTIGATION,

*Defendant*.

Civil Action No. 26-01952 (AHA)

## **MOTION FOR EXTENSION OF TIME**

Defendant Federal Bureau of Investigation, by and through counsel, respectfully requests a thirty-day extension—i.e., until August 5, 2026—of the deadline to respond to the Complaint filed by Plaintiff.  Plaintiff has graciously consented to the relief requested herein.  In support of this motion, Defendant states as follows:

1.      On June 3, 2026, Plaintiff filed a Complaint alleging that Defendant violated the Freedom of Information Act, 5 U.S.C. § 552.  ECF No. 1.  The U.S. Attorney's Office was served with the Complaint on or about June 3, 2026.  The deadline to answer or otherwise respond to the Complaint is July 6, 2026.

2.      Defendant hereby requests a thirty-day extension—i.e., until August 5, 2026—of the deadline to respond to the Complaint.

3.      Good cause supports the requested extension.  Undersigned counsel needs additional time to confer with agency counsel on and prepare the appropriate response.

4.      The requested extension is not sought for purposes of delay.  The requested extension is modest and should not prejudice Plaintiff at this early stage of the case.

5.  This is the first extension that Defendant has requested in this case, and the requested extension will not affect any other deadlines in this case.

6.  Pursuant to Local Rule 7(m) and Standing Order § 6.B.vi, undersigned counsel for Defendant conferred with Plaintiff's counsel, who indicated that Plaintiff consents to a thirty-day extension.

WHEREFORE, Defendant respectfully requests that the Court grant this motion and allow Defendant to answer or otherwise respond to the Complaint on or before August 5, 2026.  A proposed Order accompanies this motion.

Dated: July 2, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: _____ */s/ David S. Bettwy* _____
DAVID S. BETTWY, D.C. Bar #155148
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2410
David.Bettwy@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PUBLIC CITIZEN,

        *Plaintiff*,

      v.

FEDERAL BUREAU OF INVESTIGATION,

        *Defendant*.

Civil Action No. 26-01952 (AHA)

## [PROPOSED] ORDER

Upon consideration of Defendant's Consent Motion for Extension, and the entire record herein, IT IS ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that Defendant shall have until August 5, 2026, to answer or otherwise respond to the Complaint, ECF No. 1.

SO ORDERED this _____ day of _____, 2026.

_____
AMIR H. ALI
United States District Judge