UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PUBLIC CITIZEN,

      Plaintiff,

      v.

FEDERAL BUREAU OF
INVESTIGATION,

      Defendant.

Civil Action No. 26-1952 (AHA)

**NOTICE OF WITHDRAWAL**

      Please take notice that William H. Gomberg hereby withdraws his appearance as counsel for plaintiff Public Citizen in the above-captioned matter. Wendy Liu shall remain counsel of record for plaintiff.

Dated: July 30, 2026

Respectfully submitted,

/s/ *William H. Gomberg*
William H. Gomberg (DC Bar No. 90040345)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000
wgomberg@citizen.org

*Counsel for Plaintiff*