UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PUBLIC CITIZEN,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>Defendant. | Civil Action No. 26-1952 (AHA) |

## ANSWER

Defendant Federal Bureau of Investigation ("FBI"), by and through undersigned counsel, hereby responds to Plaintiff's Complaint alleging violations of the Freedom of Information Act ("FOIA") (ECF No. 1).

Defendant responds to the separately numbered paragraphs and prayer for relief contained in the Complaint below. Defendant denies each allegation of the Complaint not expressly admitted in its Answer and admits, denies, or otherwise responds to the numbered paragraphs of the Complaint as follows:

## COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF[1]

1.      This paragraph consists of Plaintiff's summary of the present litigation, to which no response is required.

---

[1]      For ease of reference, Defendant refers to Plaintiff's headings and titles, but to the extent those headings and titles could be construed to contain factual allegations, those allegations are denied.

1

## JURISDICTION AND VENUE

2. This paragraph consists of conclusions of law regarding jurisdiction, to which no response is required. To the extent a response is required, Defendant admits that this Court has jurisdiction subject to the terms, conditions, and limitations of FOIA.

3. This paragraph consists of conclusions of law regarding venue, to which no response is required. To the extent a response is required, Defendant admits that venue is proper in this judicial district for a properly stated FOIA claim.

## PARTIES

4. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

5. Defendant denies that the FBI is an agency within the meaning of 5 U.S.C. § 552(f)(1) but admits that the FBI is a component of the Department of Justice and is subject to the requirements of the FOIA. The remaining allegations in this paragraph contained legal conclusions, to which no response is required. To the extent a response is required, Defendant admits that on the language of the request, it maintains custody over some records which may be relevant to Plaintiff's request, to the extent that any such records may exist.

## BACKGROUND

6. Defendant admits that the FBI received a FOIA request from Plaintiff dated on or about February 25, 2026, which speaks for itself and is the best evidence of its contents. Defendant respectfully refers the Court to the cited FOIA request for a full and accurate statement of its contents and denies any allegations inconsistent therewith.

7. Defendant admits that the FBI received a fee waiver request from Plaintiff as part of its February 25, 2026, FOIA request, which speaks for itself and is the best evidence of its

2

contents.  Defendant respectfully refers the Court to the cited fee waiver request for a full and accurate statement of its contents and denies any allegations inconsistent therewith.

8.      Defendant admits that the FBI sent a letter to Plaintiff on March 3, 2026, acknowledging receipt of Plaintiff's FOIA request and assigning it FOIPA Request No. 1723924-000 and states that the letter speaks for itself and is the best evidence of its contents.

9.      Defendant admits that the FBI sent a letter to Plaintiff on March 3, 2026, stating that "unusual circumstances" applied to FOIPA Request No. 1723924-000 and states that the letter speaks for itself and is the best evidence of its contents.

10.      Defendant admits that the FBI received an email from Plaintiff dated on or about May 1, 2026, which speaks for itself and is the best evidence of its contents.

11.      Defendant admits that the FBI sent an email to Plaintiff on May 4, 2026, in response to Plaintiff's email, which speaks for itself and is the best evidence of its contents.

12.      Defendant admits that the FBI received an email from Plaintiff dated on or about May 7, 2026, which speaks for itself and is the best evidence of its contents.

13.      Defendant admits that the FBI sent an email to Plaintiff on May 8, 2026, in response to Plaintiff's email and states that the email speaks for itself and is the best evidence of its contents.

14.      Defendant admits that the FBI received an email from Plaintiff dated on or about May 13, 2026, which email speaks for itself and is the best evidence of its contents.

15.      Defendant admits that the FBI sent an email to Plaintiff on May 14, 2026, in response to Plaintiff's email, which email speaks for itself and is the best evidence of its contents.

16.      Defendant admits the allegations contained in paragraph 16.

17.      Defendant admits the allegations contained in paragraph 17 and states that the emails referred to in this paragraph speak for themselves and are the best evidence of their content.

18.    Defendant admits that it has been 20 business days since Plaintiff submitted its FOIA request and that, as of the date of the Complaint, it had not released responsive records or issued a final determination in response to FOIPA Request No. 1723924-000.

## CAUSE OF ACTION

19.    This paragraph consists of conclusions of law, to which no response is required. To the extent a response is deemed necessary, Defendant denies.

20.    This paragraph consists of conclusions of law, to which no response is required. To the extent a response is deemed necessary, Defendant denies.

The remainder of Plaintiff's Complaint beginning with the word "WHEREFORE" consists of Plaintiff's requests for relief, to which no response is required.  To the extent a response is required, Defendant denies that Plaintiff is entitled to the relief requested or to any relief whatsoever.

## AFFIRMATIVE DEFENSES

Any allegations not specifically admitted, denied, or otherwise answered are hereby denied. For further defenses, Defendant hereby alleges as follows:

## FIRST DEFENSE

Defendant's actions did not violate the FOIA or any other statutory or regulatory provision.

## SECOND DEFENSE

Plaintiff fails to state a claim upon which relief may be granted.

## THIRD DEFENSE

Defendant has not unlawfully withheld any records within the meaning of the FOIA, 5 U.S.C. § 522.

4

## FOURTH DEFENSE

If documents responsive to Plaintiff's request exist, such documents, or portions thereof, are exempt from disclosure to the extent provided by applicable FOIA exemptions, 5 U.S.C. § 552(b).

## FIFTH DEFENSE

Plaintiff is not entitled to attorney fees under 5 U.S.C. § 552(a)(4)(E).

## SIXTH DEFENSE

The Court lacks subject matter jurisdiction over Plaintiff's requests for relief that exceed the relief authorized under FOIA, 5 U.S.C. § 552.

## SEVENTH DEFENSE

Defendant may have additional defenses which are not known at this time, but which may become known through further proceedings. Accordingly, Defendant respectfully requests and reserves the right to amend, alter, and supplement the defenses contained in this Answer as the facts and circumstances giving rise to the Complaint become known to it through the course of litigation.

*        *        *

Dated: July 31, 2026
         Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


By:            /s/ *David Bettwy*
    DAVID S. BETTWY, D.C. Bar #155148
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-2410
    David.Bettwy@usdoj.gov

*Attorneys for the United States of America*

6