UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC CITIZEN,<br>*Plaintiff*,<br>v.<br>FEDERAL BUREAU OF INVESTIGATION,<br>*Defendant*. | Civil Action No. 26-01952 (AHA) |

**JOINT STATUS REPORT**

Defendant Federal Bureau of Investigation ("FBI") and Plaintiff Public Citizen, by and through counsel, respectfully submit this Joint Status Report pursuant to the Court's June 4, 2026 Standing Order (ECF No. 6) ¶ 3.D.

1. This is a Freedom of Information Act ("FOIA") case concerning a February 25, 2026, request for records "concerning FBI Director Kashyap Patel's use of government resources to travel to the 2026 Winter Olympics in Milan, Italy." Compl. (ECF No. 1) ¶ 1. Plaintiff filed a Complaint on June 3, 2026, and Defendant timely filed an Answer on July 31, 2026. ECF No. 12.

2. The FBI reports that searches of its Central Records System for records responsive to Plaintiff's FOIA request are ongoing. The FBI has conducted numerous searches of specific offices, some of which have been completed while others remain in progress. Once the FBI has final search results, it will provide the number of documents responsive to Plaintiff's FOIA request, the final page count of those responsive records, and estimated dates of production of those records.

3. The parties propose filing a further joint status report on or before September 14, 2026, updating the Court on the status of Plaintiff's FOIA request. A proposed order accompanies this filing.

* * *

Dated: August 14, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ David S. Bettwy*
DAVID S. BETTWY, D.C. Bar #155148
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2410
David.Bettwy@usdoj.gov

*Attorneys for the United States of America*

/s/ *Wendy Liu*
Wendy Liu (D.C. Bar No. 1600942)
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street NW
Washington, DC 20009
(202) 588-1000

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PUBLIC CITIZEN,

*Plaintiff*,

v.

FEDERAL BUREAU OF INVESTIGATION,

*Defendant*.

Civil Action No. 26-01952 (AHA)

**[PROPOSED] ORDER**

Upon consideration of parties' Joint Status Report, and the entire record herein, it is hereby ORDERED that the parties shall file a joint status report on or before September 14, 2026.

SO ORDERED this _______ day of _________________, 2026.

___________________________________

AMIR H. ALI
United States District Judge