AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

Public Citizen
*Plaintiff*
v.
Federal Bureau of Investigation
*Defendant*

Case No. 26-cv-01952

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Public Citizen .

Date: 09/10/2026

/s/ Becca Steinberg
*Attorney's signature*

Becca Steinberg (DC. Bar No. 1736190)
*Printed name and bar number*

1600 20th Street NW
Washington, DC 20009
*Address*

bsteinberg@citizen.org
*E-mail address*

(202) 588-1000
*Telephone number*

*FAX number*