UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC CITIZEN,<br>*Plaintiff*,<br>v.<br>FEDERAL BUREAU OF INVESTIGATION,<br>*Defendant*. | Civil Action No. 26-01952 (AHA) |

## JOINT STATUS REPORT

Defendant Federal Bureau of Investigation ("FBI") and Plaintiff Public Citizen, by and through counsel, respectfully submit this Joint Status Report pursuant to the Court's August 17, 2026, Minute Order.

1. This is a Freedom of Information Act ("FOIA") case concerning a February 25, 2026, request for records "concerning FBI Director Kashyap Patel's use of government resources to travel to the 2026 Winter Olympics in Milan, Italy." Compl. (ECF No. 1) ¶ 1. Plaintiff filed a Complaint on June 3, 2026, and Defendant timely filed an Answer on July 31, 2026. ECF No. 12.

2. The FBI reports that searches of its Central Records System for records responsive to Plaintiff's FOIA request remain ongoing. The FBI continues to conduct searches of specific offices, some of which have been completed while others remain in progress. Once the FBI has final search results, it will provide the number of documents responsive to Plaintiff's FOIA request, the final page count of those responsive records, and estimated dates of production of those records.

3. The FBI initially estimated that it would conclude those searches in about 60 days. Consistent with that estimate, the FBI agrees to provide search results by October 15, 2026.

4. The parties propose filing a further joint status report on or before October 15, 2026, updating the Court on the status of Plaintiff's FOIA request and proposing a schedule for production of responsive records.

Dated: September 14, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

/s/ *Wendy Liu*
Wendy Liu (D.C. Bar No. 1600942)
Becca Steinberg (DC Bar No. 1736190)
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street NW
Washington, DC 20009
(202) 588-1000

*Counsel for Plaintiff*

By: /s/ *David S. Bettwy*
DAVID S. BETTWY, D.C. Bar #155148
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2410
David.Bettwy@usdoj.gov

*Attorneys for the United States of America*