UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC CITIZEN,<br>*Plaintiff*,<br>v.<br>FEDERAL BUREAU OF INVESTIGATION,<br>*Defendant*. | Civil Action No. 26-01952 (AHA) |

**AMENDED JOINT STATUS REPORT**

Defendant Federal Bureau of Investigation ("FBI") and Plaintiff Public Citizen, by and through counsel, respectfully submit this Amended Joint Status Report, which amends the parties' previous filing from October 15, 2026, ECF No. 16.

1. This is a Freedom of Information Act ("FOIA") case concerning a February 25, 2026, request for records "concerning FBI Director Kashyap Patel's use of government resources to travel to the 2026 Winter Olympics in Milan, Italy." Compl. (ECF No. 1) ¶ 1. Plaintiff filed a Complaint on June 3, 2026, and Defendant timely filed an Answer on July 31, 2026. ECF No. 12.

2. In the parties' September 14, 2026, Joint Status Report (ECF No. 15), the FBI reported that searches for records responsive to Plaintiff's FOIA were underway and agreed to provide search results by October 15, 2026.

3. The FBI reports that all searches have been completed. The FBI estimates a total of 328 pages of potentially responsive records. The FBI is currently reviewing the documents for responsiveness and preparing them for processing.

4. The FBI will produce all responsive documents by January 15, 2027.

5. The parties propose filing a further joint status report on or before January 20, 2027, updating the Court on the status of Plaintiff's FOIA request.

Dated: October 16, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ David S. Bettwy*
DAVID S. BETTWY, D.C. Bar #155148
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2410
David.Bettwy@usdoj.gov

*Attorneys for the United States of America*

/s/ *Becca Steinberg*
Becca Steinberg (DC Bar No. 1736190)
Wendy Liu (D.C. Bar No. 1600942)
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street NW
Washington, DC 20009
(202) 588-1000

*Counsel for Plaintiff*